IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

**TRENNIS WADE CHAPMAN, SR.,** :

    **Plaintiff,** :

vs. : CIVIL ACTION 07-00795-WS-B

**LOUISIANA CORRECTIONAL SERVICES,**:
*et al.*,
                                                                      :

    **Defendants.**

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

    **DONE** this 12th day of May, 2010.

                                          s/WILLIAM H. STEELE
                                          CHIEF UNITED STATES DISTRICT JUDGE