IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

**TRENNIS WADE CHAPMAN, SR.,** :

    **Plaintiff,** :

**vs.** : CIVIL ACTION 07-00795-WS-B

**LOUISIANA CORRECTIONAL SERVICES,** :
*et al.*,
                                         :

    **Defendants.**

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE** this 12th day of May, 2010.

                                       s/WILLIAM H. STEELE
                                       CHIEF UNITED STATES DISTRICT JUDGE